No. 603.   PURDOM *v.* UNITED STATES.   C. A. 10th Cir. Certiorari denied.  *Joseph P. Jenkins* for petitioner. *Solicitor General Rankin, Acting Assistant Attorney General McLean* and *Beatrice Rosenberg* for the United States.

No. 608.   ROPER ET UX. *v.* SOUTH CAROLINA TAX COMMISSION ET AL.   Supreme Court of South Carolina.   Certiorari denied.  *J. D. Todd, Jr.* for petitioners.  *T. C. Callison,* Attorney General of South Carolina, and *James M. Windham,* Assistant Attorney General, for respondents.

No. 630.   CENTRAL TRANSPORTATION Co. *v.* ATKINS, COMMISSIONER OF FINANCE AND TAXATION OF TENNESSEE.   Supreme Court of Tennessee, Middle Division. Certiorari denied.  *D. L. Lansden* for petitioner.  *George F. McCanless,* Attorney General of Tennessee, *Allison B. Humphreys,* Solicitor General, and *Milton P. Rice,* Assistant Attorney General, for respondent.

No. 659.   DAIGLE *v.* UNITED STATES.   United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.  *William H. Collins* for petitioner. *Solicitor General Rankin* for the United States.

No. 159, Misc.   SAUNDERS *v.* UNITED STATES.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.  *J. Emmett McKenzie* for petitioner.  *Solicitor General Rankin, Warren Olney, III,* then Assistant Attorney General, and *Beatrice Rosenberg* for the United States.